FLETCHER B. BROWN LAW FIRM
Fletcher B. Brown (276390)
4400 Keller Avenue, #381
Oakland, CA  94605
Telephone; (510) 9860441
Facsimile: (510) 978-4717
E-mail:  fletcher@fletcherbrown.law

Counsel for Plaintiff TYLA BYRD


WILSON TURNER KOSMO LLP
LOIS M. KOSCH (131859)
AIMEE AXELROD PARKER (255589)
402 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  619.236.9600
Facsimile:   619.236.9669
E-mail: lkosch@wilsonturnerkosmo.com
E-mail: aparker@wilsonturnerkosmo.com

Attorneys for Defendant
ION Intermediate Holdings, LLC, *erroneously sued*
*as* CCARE CANCER CENTER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLA BYRD,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CCARE CANCER CENTER, and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No. 1:26-cv-02192-KES-FJS<br><br>**JOINT STIPULATION TO BINDING ARBITRATION AND STAY OF CIVIL ACTION**<br><br>District Court Judge:  Hon. Kirk E. Sherriff<br>Courtroom:  6<br><br>Magistrate:  Hon. Frank J. Singer<br>Courtroom:  8<br><br>Removed:　　　March 20, 2026<br>Complaint Filed:  January 30, 2026 |

-1-　　　　　Case No. 1:26-cv-02192-KES-FJS

JOINT STIPULATION TO BINDING ARBITRATION AND STAY OF CIVIL ACTION; ORDER

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff TYLA BYRD ("Plaintiff") and Defendant ION INTERMEDIATE HOLDINGS, LLC, *erroneously sued as* CCARE CANCER CENTER ("Defendant") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, on January 30, 2026, Plaintiff filed a lawsuit entitled *Tyla Byrd v. CCare Cancer Center,* Case No. 26CECG00539, in the Superior Court of California in and for the County of Fresno, in which Plaintiff asserts two causes of action for alleged race/ethnicity discrimination and retaliation for reporting racial discrimination against her former employer (the "Action");

WHEREAS, Plaintiff delivered on February 18, 2026, a copy of the Complaint and a Summons to the Fresno, California cCare Cancer Center Defendant operates;

WHEREAS, on March 5, 2026, Defendant sent correspondence to Plaintiff, through counsel, enclosing a Mutual Agreement to Arbitrate ("MAA") between the Parties to resolve any disputes between them involving Plaintiff's employment or former employment by Defendant, indicating Plaintiff's June 20, 2022 electronic signature;

WHEREAS, Defendant filed and served a Notice of Removal of the Action to the above-entitled District Court on March 20, 2026, pursuant to 28 U.S.C. sections 1332(a), 1441, and 1446;

WHEREAS, subsequent to the Removal, the Parties further met and conferred respecting the MAA and Plaintiff agreed on March 20, 2026, to submit her dispute to arbitration pursuant thereto;

**WHEREFORE, THE PARTIES TO THIS ACTION AND THEIR ATTORNEYS OF RECORD HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1.     The Action shall be resolved by confidential, binding arbitration before a single neutral arbitrator with the American Arbitration Association in accordance with the Parties' Mutual Agreement to Arbitrate;

2.     The Action in the District Court shall be stayed in its entirety pending the outcome of the arbitration; and

///

///

-2-                    Case No. 1:26-cv-02192-KES-FJS
JOINT STIPULATION TO BINDING ARBITRATION AND STAY OF CIVIL ACTION; ORDER

3.    The District Court shall retain jurisdiction over the Action to confirm, correct, or vacate the arbitration award.

**IT IS SO STIPULATED**.

Dated:    March  27, 2026        **FLETCHER B. BROWN LAW FIRM**


By:    */s/ Fletcher B. Brown*
FLETCHER B. BROWN
Attorneys for Plaintiff
TYLA BYRD

Dated:    March  27, 2026        **WILSON TURNER KOSMO LLP**


By:    */s/ Aimee Axelrod Parker*
LOIS M. KOSCH
AIMEE AXELROD PARKER
Attorneys for Defendant
ION Intermediate Holdings, LLC,
*erroneously sued as* CCARE CANCER CENTER


**SIGNATURE ATTESTATION**

I, Aimee Axelrod Parker, am the ECF user whose ID and password are being used to file the foregoing Stipulation.  Pursuant to Local Rules, I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


*/s/ Aimee Axelrod Parker*
Aimee Axelrod Parker

-3-        Case No. 1:26-cv-02192-KES-FJS

JOINT STIPULATION TO BINDING ARBITRATION AND STAY OF CIVIL ACTION; ORDER

## ORDER

The Court having reviewed and considered the Joint Stipulation submitted by the Parties, and good cause appearing, hereby grants the parties' Joint Stipulation to Binding Arbitration and to Stay Proceedings Pending Arbitration.

The parties shall notify the Court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated:    April 3, 2026

_____
UNITED STATES DISTRICT JUDGE

-4-                    Case No. 1:26-cv-02192-KES-FJS

JOINT STIPULATION TO BINDING ARBITRATION AND STAY OF CIVIL ACTION; ORDER